

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01035-CV

**IN THE INTEREST OF S.A.R.P.** and J.M.R.P., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-02000
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

Court-appointed counsel's motion to withdraw is DENIED.

SIGNED May 15, 2024.

_____
Patricia O. Alvarez, Justice